UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-153-1BR
5:07-CR-55-1BR

FILED IN OPEN COURT
ON 7/3/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

v.                                      ORDER

CHARLIE O'BRYANT TERRY

IT IS HEREBY ORDERED that the following Government Exhibit be returned to Anthony Mills and remain in his custody through the time of any proceeding on appeal or review.

<u>Government's Exhibit</u>:

Exhibit 1 - Firearm

This  3rd  day of July, 2018 Exhibit received by: Anthony Mills

_Anthony W Mills_
Print name

_[signature]_
Signature

Date: 7/3/18

_[signature]_
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE